**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**ORASAMA ANDREWS,**<br>Supervised Releasee | NO. 5: 01-CR-56 (CAR)<br><br>RE:  SUPERVISED RELEASE VIOLATIONS |

## O R D E R

ORASAMA ANDREWS, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a continuation of a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.  He had previously been advised of the nature of the proceedings against him and of his legal and constitutional rights on February 23, 2009.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  The undersigned has this day conducted a Detention Hearing in Case No. 5:08-CR-72 (HL) and has ordered the pretrial detention of Mr. Andrews in that proceeding finding that he poses a serious risk of flight and a serious threat to the safety of the community.

Accordingly, IT IS ORDERED AND DIRECTED that ORASAMA ANDREWS be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal.  The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 25th day of FEBRUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE